FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-14-00119-CV

**IN RE TAYMAX FITNESS, LLC**; SP Pavilions, LLC;
RPD Property Management Company, LLC; and
Executive Security Systems, Inc. of America

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

On February 20, 2014, relators filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than March 26, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on February 25th, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-01966, styled *Michelle Montemayor, as Next Friend of Jordan Escamilla, a Minor v. Taymax Fitness, LLC; SP Pavilions, LLC; RPD Property Management Company, LLC; Transwestern Commercial Services, LLC; and Yu Masaki*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.